370 P.2d 822

J. James ROGERS, Petitioner,

v.

Harold A. COX, Respondent.

No. 7002.

Supreme Court of New Mexico.

April 6, 1962.

COMPTON, Chief Justice, and CARMODY and CHAVEZ, Justices, concurring; MOISE and NOBLE, Justices, not participating.

ORDERED that the petition for writ of habeas corpus be and the same is hereby denied for the reason that the petition fails to allege facts warranting the issuance of writ.

370 P.2d 822

Harry D. SMITH, Petitioner,

v.

Harold A. COX, Warden.

No. 7079.

Supreme Court of New Mexico.

April 26, 1962.

COMPTON, Chief Justice, and CARMODY and CHAVEZ, Justices, concurring; MOISE and NOBLE, Justices, not participating.

ORDERED that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus be and the same is hereby denied for the reason that the facts alleged do not warrant the issuance of writ.

370 P.2d 822

Carl MARTIN, Petitioner,

v.

The FIRST JUDICIAL DISTRICT COURT, COUNTY OF SANTA FE, Santa Fe, New Mexico, Respondent.

No. 6995.

Supreme Court of New Mexico.

April 26, 1962.

ORDERED the free process be and it is hereby granted Petitioner, and the petition for writ of mandamus is denied for the reason the facts alleged do not warrant the issuance of same.